582 A.2d 857

COMMONWEALTH of Pennsylvania, Appellee,

v.

Jeffrey D. HILL, Appellant.

Supreme Court of Pennsylvania.

Oct. 29, 1990.

## ORDER

PER· CURIAM.

AND NOW, this 29th day of October, 1990, the Commonwealth's Application for Reargument is denied. The pleadings filed by Appellant Jeffrey D. Hill, styled "Defendant's Affidavit of Prosecutorial Misconduct, Professional Misconduct & Violation of Oath of Office to Quash Reargument & Initiate Disciplinary Action", "Writ of Habeas Corpus for the Reargument of 1988 Pa. Supreme Court—MD # 28—Appeal Docket", and "Motion for Special Relief", are denied.